NOT FOR PUBLICATION

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

NOV 27 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>VICTOR MARTINEZ,<br><br>    Defendant - Appellant. | No. 23-4309<br><br>D.C. No.<br>8:21-cr-00101-CJC-FWS-2<br><br>MEMORANDUM* |

Appeal from the United States District Court for the
Central District of California
Cormac J. Carney, District Judge, Presiding

Submitted November 20, 2024**

Before:    CANBY, TALLMAN, and CLIFTON, Circuit Judges.

Victor Martinez appeals from district court's judgment imposed following

his guilty-plea conviction for conspiracy and attempt to distribute and possess with

intent to distribute heroin, in violation of 21 U.S.C. § 846. We have jurisdiction

under 28 U.S.C. § 1291, and we affirm.

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

Martinez contends that the district court imposed standard conditions of supervised release without providing him adequate notice and an opportunity to object, in violation of *United States v. Montoya*, 82 F.4th 640 (9th Cir. 2023) (en banc). The record does not support this claim. Prior to sentencing, Martinez was given notice of the standard conditions, which were attached to his presentence report. The district court orally incorporated those conditions by reference at the sentencing hearing, and Martinez waived reading of them. The district court thus fully complied with *Montoya*. *See id.* at 652-53 (explaining that the oral pronouncement requirement is satisfied "if the defendant is informed of the proposed discretionary conditions before the sentencing hearing and the district court orally incorporates by reference . . . those conditions").

**AFFIRMED.**